IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD G. ROSENE, et al.,

    Plaintiff,                             No. 2:12-cv-0409 GEB GGH PS

    vs.

BANK OF AMERICA, N.A., et al.,

    Defendants.                          ORDER

/

        Defendants' motions to dismiss and to strike presently are calendared for hearing on June 21, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The June 21, 2012 hearing on the motion to dismiss and motion to strike, filed May 18, 2012, is vacated; and

        2. The motions are submitted on the record.

DATED: June 11, 2012

                                       /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

GGH:076:Rosene0409.vac.wpd

1